UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

IN re: GRAND JURY 2021 SUBPOENAS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| UNDER SEAL 1; UNDER SEAL 2 | : | No. 22-1654(L) |
| Movants – Appellants | : | No. 22-1655 |
| and | : | No. 22-1656 |
| UNDER SEAL 3; UNDER SEAL 4; | : | (1:21-cv-00556-SAG) |
| UNDER SEAL 5; UNDER SEAL 6; | | |
| UNDER SEAL 7 | : | **Filed Under Seal** |
| Movants | : | |
| v. | : | |
| UNITED STATES OF AMERICA | : | |
| Respondent – Appellee | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

███████████████████████
         ████████

███████████████████████████

██████████████████████████

█  ████████████████████

█████████████████████████

█████████████████████████

█████████████████████████

█████████████████████████

█████████████████████████







Respectfully Submitted,

/s/ Andrew Radding
Andrew Radding
Joseph L. Kroart III
Adelberg, Rudow, Dorf & Hendler, LLC
7 St. Paul Street, Suite 600
Baltimore, MD 21202
(410) 986-0824
(410) 986-0825 (facsimile)
ARadding@adelberg.com
JKroart@Adelberg.com

*Counsel for* ███████ , *Appellant*

/s/ Arnold M. Weiner
Arnold M. Weiner
aweiner@rwllaw.com
Stuart A. Cherry
scherry@rwllaw.com
RIFKIN WEINER LIVINGSTON LLC
2002 Clipper Park Road, Suite 108
Baltimore, MD 21211
(410) 769-8080
(410) 769-8811 (fax)

*Counsel for* ███████ , *Appellant*

/s/ Eric L. Yaffe
Eric L. Yaffe
Eric.Yaffe@Lathropgpm.com
Lathrop GPM
600 New Hampshire Ave., NW
The Watergate – Suite 700
Washington, DC 20037
(202) 295-2200 (Office)

Counsel for ███████ Appellant

*/s/ James P. Ulwick*
James P. Ulwick, Bar No, 00536
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
(410) 752-6030 (Office)
(410) 539-1269 (Facsimile)
julwick@kg-law.com

*Counsel for* █████████████
█████████ *Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July, 2022, the within was served on all counsel

of record via email and first class mail, postage prepaid.

*/s/ Arnold M. Weiner*
Arnold M. Weiner