# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 7, 2023

_____

DOCKET CORRECTION NOTICE

_____

No. 22-1654 (L), <u>In re: Grand Jury 2021 Subpoenas</u>
              1:21-cv-00556-SAG

TO:    Andrew Radding

SEALED DOCUMENT CORRECTION DUE:  August 10, 2023

Please make the correction identified below by the due date indicated.

[ X ] <u>Sealed Document Entry</u>: You must re-file your Notice regarding the updated notice of counsel using the **SEALED DOCUMENT** entry so that the document is not available on the public docket. Please include the language "updated appearance of counsel" as the document type within the docket entry.

Please contact me if you have any questions.

Donna Lett, Deputy Clerk
804-916-2704