FILED: August 7, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1654 (L)
(1:21-cv-00556-SAG)

_____

In re: GRAND JURY 2021 SUBPOENAS

-------------------------------

UNDER SEAL 1; UNDER SEAL 2

        Movants - Appellants

and

UNDER SEAL 3; UNDER SEAL 4; UNDER SEAL 5; UNDER SEAL 6; UNDER SEAL 7

        Movants

v.

UNITED STATES OF AMERICA

        Respondent - Appellee

_____

O R D E R

_____

The court grants the government's motion for extension and extends the time for filing a response to the court's notice to August 14, 2023.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk