# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
# OFFICE OF THE CLERK

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor
Clerk

Telephone
804-916-2700

August 10, 2023

No. 22-1654 (L), In re: Grand Jury 2021 Subpoenas
   1:21-cv-00556-SAG

TO: Counsel

    Any request for an extension of time to file a further response should be filed promptly after receipt of the government's response.

Sincerely,

/s/ Karen Stump
Deputy Clerk